UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    Case No. 25-14853-BKC-RAM
                                                                          Chapter 13

CAONABO JAVIER RAVELO

             Debtor       /

### APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, Jose P. Funcia, was retained by the debtor to serve in this bankruptcy case as attorney for debtor. A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $ 7,500.00 |
| Total Expenses to be Reimbursed: | $ 0.00 |
| Amount Received To-Date: (exclusive of filing fees) | $ 887.00 |
| Amount to be Paid through Plan: | $ 6,613.00 |

1. The amount requested, if allowed, will be paid in full after 5 monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

3. Applicant estimates that an additional ____n/a____ hour will be required to be expended in providing legal services on behalf of the debtor(s) described below:

_____

_____

_____.

      4.      The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:  <u>This case required a lot of pre-petition preparation in gathering documents and discussion with the client.  The Debtor has a business that required addition time to analyze and consult with the client.  This case required 2 Motions to Avoid Liens.  This case pays 100% to unsecured creditors and required additional time to go through 13 claims to verify their legitimacy.  The Client consents to the fees requested.</u>

      5.      The source of compensation previously paid to applicant was the Debtor.

      6.      Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

                                            /s/
                              Jose P. Funcia, Esq. – FBN 0698210
                              MILLER & FUNCIA, P.A.
                              13190 SW 134 Street Ste 105
                              Miami, FL 33186
                              Telephone 305-274-2922
                              millerandfunciapa@gmail.com

cc: Debtor
Chapter 13 Trustee