Caonabo Javier Ravelo                                              Chapter 13
                                                                   25-14853-RAM

EXHIBIT "B"

1. The rate normally charged by the undersigned, $500.00 per hour, is considered reasonable in the community in a matter such as this.
2. Miller & Funcia, P.A. has expended 16.70 hours at the rate of $500.00 per hour since 04/02/2025. The delineation of the time expended is as follows:

| Date | Description | Hours | Attorney/Non-Attorney |
|---|---|---|---|
| 04/02/2025 | Initial consultation with client. The attorney went over the retainer for signature. The attorney reviewed the document list and forms needed to prepare bankruptcy petition and schedules. | 2.00 | Attorney |
| 04/07/2025 | 2nd consultation with client. The attorney reviewed the documents provided and informed the client of what documents are still outstanding and needed. | 1.50 | Attorney |
| 04/15/2025 | 3rd consultation with client to review the latest documents needed and advise client of the next steps. | 1.20 | Attorney |
| 04/16/2025 to 04/28/2025 | Prepare Voluntary Petition, Schedules, SOFA, CMI, and Trustee Forms. | 3.00 | Attorney |
| 04/30/2025 | Prepare Chapter 13 Plan | 0.75 | Attorney |
| 04/30/2025 | Consult with Client to Review and Sign Voluntary Petition, Schedules, Chapter 13 Plan, and SOFA for filing of the case. | 0.50 | Attorney |
| 05/01/2025 | Review Notice of Incomplete Filings for Payment Chapter 13 Plan and Payment Advices. | 0.15 | Attorney |
| 05/29/2025 | Review Debtor Certificate of Compliance and Request for Confirmation of Chapter 13 Plan with Debtor for signature. | 0.15 | Attorney |
| 06/05/2025 | Review Chapter 13 Trustee's Notice of Deficiency for Confirmation. | 0.15 | Attorney |
| 06/13/2025 | Review file, prepare for 341 Meeting of Creditors, and attend 341 Meeting of Creditors | 0.35 | Attorney |
| 06/13/2025 | Post 341 Meeting of Creditors with Client. | 0.40 | Attorney |
| 06/16/2025 | Review Trustee's Notice of Deficiency | 0.15 | Attorney |

| | | | |
|---|---|---|---|
| | for Confirmation. | | |
| 06/18/2025 | Review Trustee's Notice of Deficiency for Confirmation. | 0.15 | Attorney |
| 06/26/2025 | Review file for Confirmation, decide if precall with trustee is necessary | 0.50 | Attorney |
| 06/30/2025 | Telephone consult with client. | 0.35 | Attorney |
| 06/30/2025 | Prepare Motion to Avoid Lien with Creditor Pawnee Leasing Corporation. | 1.00 | Attorney |
| 06/30/2025 | Prepare Motion to Avoid Lien with Capital One, N.A. | 1.00 | Attorney |
| 07/01/2025 | Attend Confirmation Hearing. | 0.35 | Attorney |
| Anticipated | Conduct claims review of 12 claims filed and prepare Notice of Compliance with Local Rule 2083-1(B) Claims Review Requirement. | 1.00 | Attorney |
| Anticipated | Review file for Confirmation, decide if precall with trustee is necessary | 0.35 | Attorney |
| 08/12/2025 | Attend Confirmation Hearing | 0.35 | Attorney |
| 08/12/2025 | Attend hearing on Motion to Avoid Lien of Capital One, N.A. | 0.35 | Attorney |
| 08/12/2025 | Attend hearing on Motion to Avoid Lien of Pawnee Leasing Corporation. | 0.35 | Attorney |
| Anticipated | Prepare 1st Amended Plan | 0.65 | Attorney |
| | Total Hours | 16.7 | Attorney |
| | Total fees expended. 16.70 hours x $500.00=$8,350.00 | | |